People of the State of Illinois, Plaintiff-Appellee, v. Donald Bratcher, Defendant-Appellant.

Gen. No. 51,250. (Abstract of Decision.)

First District, Second Division.

September 15, 1967.

Walter La Von Pride, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Eldridge Hersey, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.